# UNITED STATES BANKRUPTCY COURT

In re **LINCOLNSHIRE CAMPUS, LLC,** *et al.*[1]      Case No. <u>10-34176-sgj11</u>
              Debtors

Chapter <u>11</u>
Jointly Administered

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## CONSOLIDATED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ERICKSON CONSTRUCTION, LLC<br>701 MAIDEN CHOICE LANE<br>CATONSVILLE, MD 21228 | | INTERCOMPANY | | 3,770,776.85 |
| ERICKSON RETIREMENT COMMUNITIES<br>701 MAIDEN CHOICE LANE<br>CATONSVILLE, MD 21228 | | INTERCOMPANY | | 2,009,237.31 |
| DUPAGE COUNTY COLLECTOR<br>PO BOX 4203<br>CAROL STREAM, IL 60197-4203 | | TAX | | 834,659.14 |
| SOVEREIGN BANK<br>ATTN BRIAN MORAN<br>3 FRIENDS LANE, 2ND FLOOR<br>NEWTOWN, PA 18940 | | DEBT | | 294,030.12 |
| SYSCO FOOD SRVCS-CHICAGO<br>PO BOX 5037<br>DES PLAINES, IL 60017-5037 | | TRADE | | 69,103.94 |

---

[1] The Debtors in these chapter 11 cases are Lincolnshire Campus, LLC, Naperville Campus, LLC, Sedgebrook Inc., and Monarch Landing, Inc.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade, debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SKYLINE RESTORATION INC<br>5435 W 110TH ST, SUITE 7<br>OAK LAWN, IL 60643 | | TRADE | | 30,219.13 |
| ERICKSON CONSTRUCTION, LLC<br>701 MAIDEN CHOICE LANE<br>CATONSVILLE, MD 21228 | | INTERCOMPANY | | 25,794.61 |
| OMNICARE INC<br>1600 RIVERCENTER II<br>100 EAST RIVERCENTER BLVD<br>COVINGTON, KY 41011 | | TRADE | | 22,678.83 |
| APCO WORLDWIDE WASHINGTON DC<br>700 12TH STREET, N W , SUITE 800<br>WASHINGTON, DC 20005 | | TRADE | | 18,236.63 |
| PRAIRIE POINT CORPORATE PARK OA, INC.<br>1100 PEACHTREE STREET, SUITE 1100<br>ATLANTA, GA 30309 | | TRADE | | 17,810.17 |
| WHITEFORD, TAYLOR & PRESTON<br>SEVEN SAINT PAUL STREET SUITE 1400<br>BALTIMORE, MD 21202 | | TRADE | | 16,295.30 |
| GET FRESH PRODUCE<br>1441 BREWER CREEK BLVD<br>BARTLETT, IL 60103 | | TRADE | | 11,695.77 |
| ARCHITERRA<br>239 US HWY 45<br>INDIAN CREEK, IL 60061 | | TRADE | | 10,305.00 |
| SUPREME LOBSTER<br>200 E NORTH AVENUE<br>VILLA PARK, IL 60181-1221 | | TRADE | | 6,107.49 |
| ART LITHO COMPANY<br>3500 MARMENCO CT<br>BALTIMORE, MD 21230 | | TRADE | | 5,571.00 |
| FCA INC<br>2852 WEST OGDEN AVE<br>NAPERVILLE, IL 60540 | | TRADE | | 4,739.27 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade, debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| LINDA ROBERTS & ASSOCIATES INC<br>104 EAST ROOSEVELT RD SUITE 201<br>WHEATON, IL 60187 | | TRADE | | 4,656.00 |
| IKON FINANCIAL SERVICES<br>ATTN DONNA TANNER SPECIAL ASSETS DEPT<br>PO BOX 6338<br>MACON, GA 31208-6338 | | TRADE | | 4,628.53 |
| GULF SOUTH MEDICAL SUPPLY<br>4345 SOUTH POINT BLVD<br>ATTN MELANIE BREWER<br>JACKSONVILLE, FL 32216 | | TRADE | | 4,579.34 |
| SUN OFFICE PRODUCTS<br>15508 E 19TH AVENUE<br>AURORA, CO 80011 | | TRADE | | 3,548.74 |

```
Official Form 2
6/90
```

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION

      I, <u>Paul Rundell</u>, <u>authorized agent</u> of the <u>Corporation</u> named as the debtor in this case, declare under penalty of perjury that I have read the foregoing <u>List of Creditors Holding Twenty Largest Unsecured Claims</u> and that it is true and correct to the best of my information and belief.


Date: <u>July 1, 2010</u>


                                    Signature <u>/s/ Paul Rundell</u>
                                          Name: Paul Rundell
                                          Title: Chief Restructuring Officer